■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES DINGLE, Appellant, v JAMES CONWAY, as Superintendent of New York State Department of Correctional Services, Respondent. [864 NYS2d 378]—Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered May 9, 2007. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.